

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Scott Feagan, as independent
Executor of the Estate of Patty Lou
Feagan deceased, et al.,

Vs. No. 11-21-00059-CV

Patricia Dianne Wilson and Stephen
Wynne Feagan, Jr.,

* From the 259th District Court
 of Jones County,
  Trial Court No. 023710.

* September 8, 2022

* Memorandum Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we remand the cause for further proceedings.